NUMBER 13-04-234-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
OSCAR A. BRISLIS, ET AL.,                                             Appellants,

v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY, 
ET AL.,                                                                           Appellees.
_________________________________________________________

On appeal from the 117th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, OSCAR A. BRISLIS, ET AL., attempted to perfect an appeal from an
order entered by the 117th District Court of Nueces County, Texas, in cause no. 00-04222-B. Appellees have filed a motion to dismiss the appeal for want of jurisdiction. 
In their motion, appellees state that there is no final, appealable order in this matter
over which this Court may exercise jurisdiction. Appellees request that the Court
dismiss the appeal. 
         The Court, having considered appellees’ motion to dismiss the appeal for want
of jurisdiction and the documents on file, is of the opinion that the motion should be
granted. Appellees’ motion to dismiss the appeal for want of jurisdiction is GRANTED,
and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed this
the 5th day of May, 2005.